IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | |
| RUBEN FILIPE GABRIEL MARTINS a/k/a Feepsy | : MAG. NO. 24-MJ-1338 |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(7)(A)**

The United States of America, by and through its attorneys, Jacqueline C. Romero, Acting United States Attorney for the Eastern District of Pennsylvania, and Danielle S. Bateman, Anthony J. Carissimi, and Sarah M. Wolfe, Assistant United States Attorneys, moves for a 60-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1. On August 19, 2024, the defendant, Ruben Filipe Gabriel Martins a/k/a Feepsy, was charged by criminal complaint with one violation of Title 18 U.S.C. § 1343 (wire fraud).

2. The Defendant was arrested in the Central District of California on August 28, 2024. That same day, the Defendant appeared before the Honorable Karen L. Stevenson and was ordered detained and removed to the Eastern District of Pennsylvania.

3. The Defendant had his initial appearance in the Eastern District of Pennsylvania on September 20, 2024, at which point the Government moved for detention. On September 24, 2024, the defendant appeared before the Honorable Mary Kay Costello for a detention hearing and was ordered detained.

4. The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that the government file an Indictment or Information within thirty days from the date on which the defendant was arrested. 18 U.S.C. § 3161(b). In this case, the Defendant was arrested on August 28, 2024, and ordered

removed to the Eastern District of Pennsylvania. He arrived in the Eastern District of Pennsylvania on September 19, 2024. The period in his transport from the Central District of California to the Eastern District of California is excluded from the thirty-day period. *See* 18 U.S.C. § 3161(h). On September 19, 2024, the Government orally moved for the Defendant's detention and that motion remained pending until September 24, 2024. The time period from the filing of the motion through its resolution is also excluded. *See* 18 U.S.C. § 3161(h). Thus, the time period from August 28, 2024, through September 24, 2024, is excluded from the thirty-day period.

5. On October 17, 2024, the Government filed an unopposed motion to extend the Indictment and/or Information deadline until December 23, 2024, and to toll speedy trial, which the Court granted.

6. On December 16, 2024, the Government filed an unopposed motion to extend the Indictment and/or Information deadline until February 21, 2025, which the Court granted.

7. On February 19, 2025, the Government filed an unopposed motion to extend the Indictment and/or Information deadline until April 22, 2025, which the Court granted.

8. The government now moves to extend the Indictment and/or Information deadline in light of ongoing discussions with defense counsel to determine whether a non-trial disposition can be reached. A 60-day continuance would provide the parties with time necessary to continue these discussions. Counsel for defendant, Lawrence Bozzelli, Esquire., does not oppose the government's request for a 60-day continuance.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of sixty days of the time within which to file an Indictment or Information in this case, that is, until June 21, 2025. *See* 18 U.S.C. § 3161(h)(7)(A).

        Respectfully submitted,

        DAVID METCALF
        United States Attorney

        /s/ Danielle S. Bateman
        Danielle S. Bateman
        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | | |
| RUBEN FILIPE GABRIEL MARTINS<br>a/k/a Feepsy | : | MAG. NO. 24-MJ-1338 |
| | : | |

**ORDER**

AND NOW, considering that the government and defendant are working to determine whether a non-trial disposition is possible and that defendant does not oppose the government's motion for continuance, the Court finds that the ends of justice are best served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(7)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of sixty days, until June 21, 2025.

BY THE COURT:

_____

**The Honorable Lynne A. Sitarski**
**United States Magistrate Judge**